**2017–0401. State v. Goss.**
Ashland App. Nos. 16 COA 023 and 16 COA 024, 2017-Ohio-161. On review of order certifying a conflict. It is determined that no conflict exists within the meaning of S.Ct.Prac.R. 8.02. Cause dismissed.

O'DONNELL, O'NEILL, and FISCHER, JJ., dissent.

**2017–0406. State v. Ronny.**
Cuyahoga App. No. 102968, 2016-Ohio-3448. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017–0408. State v. Smith.**
Ashtabula App. No. 2015–A–0027, 2016-Ohio-8420. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days of the date of this entry.

O'DONNELL, FRENCH, and FISCHER, JJ., dissent.

**2017–0420. State v. Medina.**
Cuyahoga App. No. 104826. On motion for leave to file delayed appeal. Motion denied.

**2017–0423. In re R.H.**
Cuyahoga App. No. 104455, 2017-Ohio-467. On motion for stay and limited remand to the Eighth District Court of Appeals. Motion denied.

O'DONNELL and FISCHER, JJ., dissent.

**2017–0472. Kettering Health Network v. CareSource.**
Montgomery App. No. 27233, 2017-Ohio-1193. On motion to stay execution of court of appeals' judgment. Motion granted and bond posted with trial court continued.

**2016–1442. In re LMD Integrated Logistical Servs., Inc.**
Franklin App. No. 15AP–545, 2016-Ohio-5385.

**2016–1513. In re Hamilton v. Internatl. Union of Operating Engineers, Local 20.**
Butler App. No. CA2016–03–054, 2016-Ohio-5565.

O'CONNOR, C.J., and FISCHER, J., dissent.

**2016–1646. State v. Blair.**
Hamilton App. No. 160333, 2016-Ohio-5714.

O'NEILL and DEWINE, JJ., dissent.

FISCHER, J., not participating.

**2016–1742. State v. Upkins.**
Shelby App. No. 17–16–04. Discretionary appeal accepted on proposition of law No. IV. The parties are ordered to brief the issue stated as follows:

"When appellate counsel also served as trial counsel and moves to withdraw pursuant to *Anders v. California*, the court shall permit counsel to withdraw and must then appoint new appellate counsel to review the record and raise any nonfrivolous appealable issue."

O'NEILL, J., would accept the cause on all propositions of law.

O'DONNELL, KENNEDY, and DEWINE, J., dissent.

**2017–0433. In re R.K.**
Franklin App. No. 16AP–575.

O'CONNOR, C.J., and O'DONNELL, J., dissent.

**2016–0113. State v. Jalowiec.**
Lorain App. No. 14CA010548, 2015-Ohio-5042.